IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANITA LOUISE VIGIL,

    Plaintiff,

v.                                                             CIV. 13-905 GBW

CAROLYN W. COLVIN, *Acting Commissioner*
*of the Social Security Administration*,

    Defendant.

### ORDER GRANTING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees. *Doc. 32.* The Court, being fully advised, finds that the motion should be granted.

Plaintiff was originally permitted to proceed in forma pauperis in the district court proceeding. *Doc. 5.* Under Federal Rule of Appellate Procedure 24(a)(3), generally "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization." Plaintiff's motion clearly shows that she is, at present, incapable of paying the fees associated with her appeal. *See generally doc. 32.* As such, the Court finds no material change in Plaintiff's financial status and concludes that she should be exempt from payment of a filing fee at this time.

Wherefore, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees, (*doc. 32*), is GRANTED.

                                                                  _____
                                                                  GREGORY B. WORMUTH
                                                                    UNITED STATES MAGISTRATE JUDGE
                                                                    Presiding by Consent